1  CRAIG P. FAGAN, State Bar No. 149556
   **LAW OFFICES OF CRAIG P. FAGAN**
2  3505 Camino Del Rio South, Suite 250
   San Diego, California 92108
3  Telephone: (619) 528-9600
   Facsimile: (619) 528-9675
4
   Attorneys for all Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MICHAEL MATHEWS, DONNA MATHEWS, and MARIAH MATHEWS, a minor, by and through her GUARDIAN AD LITEM DONNA MATHEWS; NECOLE MCCAIN, and DESARAE HENDERSON, NECOLE HENDERSON, AND TAYLOR HENDERSON, minors by and through their GUARDIAN AD LITEM NECOLE MCCAIN; JOHN CUEVAS, LINDA CUEVAS, and KARYSSA CUEVAS, PRISCILLA CUEVAS, JOHNNY CUEVAS, AND CARLOS CUEVAS, by and through their GUARDIAN AD LITEM LINDA CUEVAS; MARIA RIOS;<br><br>        Plaintiffs,<br><br>    v.<br><br>ARROW WOOD LLC, A CALIFORNIA LIMITED LIABILITY COMPANY doing business as ARROW WOOD APARTMENTS,<br><br>        Defendant. | No. EDCV07-1316-SGL(OPx)<br><br>**PROTECTIVE ORDER**<br>_____ |

Plaintiffs' Motion to Compel Responses to First Set of Special Interrogatories and First Set of Requests for Production of Documents came on regularly with this court on October 30, 2008. The court has granted Plaintiffs' Motion to Compel as to Special Interrogatories 1, 2, 3, 11, 12, 13, 15, 16, 20, 21, 22, and 25. The court additionally has granted Plaintiffs' Motion to Compel as to Requests for Production of Documents 1, 4, 6, 8, 9, 11, 12, 15, 24, 25, 31, and 32. After considering the Motion and all other matters presented to the Court, IT IS HEREBY ORDERED THAT:

The documents and interrogatory responses to be produced shall be treated as confidential pursuant to the terms of this protective order:

1. Counsel for Plaintiffs will not disclose or disseminate the documents to persons or entities unnecessary to Plaintiffs' prosecution in this action. Information derived from the documents will not be used for purposes other than the prosecution of this action. Counsel for Plaintiffs will not disclose or disseminate the documents to Plaintiffs.

2. Counsel for Plaintiffs will not disclose or disseminate the names or information received from responses to interrogatories to persons or entities unnecessary to Plaintiffs' prosecution in this action. Information derived from these interrogatory responses will not be used for purposes other than the prosecution of this action.

3. This protective order shall remain in effect until final termination of this action, including appeals therefrom, or until agreement of the parties or order of the Court upon motion by either party.

4. Upon termination hereof, counsel for Plaintiffs shall return all copies of the documents in their possession to Defendants' counsel.

IT IS SO ORDERED.

Dated: November 17, 2008

United States Magistrate Judge